THE ONONDAGA NATION et al., Appellants, *v.* JOHN BOYD THACHER, Respondent.

Reported below, 53 App. Div. 561.
(Submitted October 1, 1900; decided October 9, 1900.)

MOTION to advance and to correct the record on an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 7, 1900, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term.

The motion to advance was made upon the ground that the University of the State of New York was a party plaintiff and it being one of the departments of the state, the case was entitled to preference. The motion to correct the return was made upon the ground that counsel for appellants had not

consented to the filing of a certain order which had been made part of the record.

*Edward Winslow Paige* for motion.

*John A. Delehanty* opposed.

Motion to advance denied, without costs.
Motion to correct record denied, without costs.